UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NANCY MONAGHAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HOLLAND AMERICA LINE, INC., a Washington corporation; HOLLAND AMERICA LINE N.V., a Curacao corporation; and HAL Antillen N.V., a Curacao corporation,<br><br>Defendant. | C12-75Z<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' Motion for Summary Judgment, docket no. 11, is DENIED. There are genuine issues of material fact that preclude summary judgment.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of February, 2013.

                                         William M. McCool
                                         Clerk

                                         s/Claudia Hawney
                                         Deputy Clerk

MINUTE ORDER - 1